BARRY J. PORTMAN
Federal Public Defender
GEOFFREY A. HANSEN
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GUIDRY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-04 - 0171 VRW |
| Plaintiff, | **STIPULATION TO CONTINUE VOLUNTARY SURRENDER DATE** |
| vs. | |
| KARL GUIDRY, | |
| Defendant. | |

The defendant Karl Guidry was ordered to self surrender on August 6, 2010. Because the defendant's mother has recently died and Mr. Guidry continues to attend to her affairs, the parties have agreed that his voluntary surrender date should be extended for two weeks, until August 20, 2010.

The parties therefore stipulate that the defendant shall self surrender either to the institution designated by the Bureau of Prisons or the United States Marshal's Office, 450 Golden Gate Ave., San Francisco, California, no later than 12:00 p.m. on August 20, 2010.

//

//

//

1

Respectfully submitted,

Date: 8/6/2010

/s/
Geoffrey A. Hansen
Counsel for Defendant Guidry

Date: 8/6/2010

/s/
Kathryn Haun
Assistant United States Attorney

**IT IS SO ORDERED**.

Date: August 6, 2010

Vaughn R. Walker
Chief United States District Court Judge

2